# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129337

IN RE PETITION BY TREASURER OF
WAYNE COUNTY FOR FORECLOSURE

_____

WAYNE COUNTY TREASURER,
         Petitioner,
and

MICHAEL KELLY,
         Intervening Party-Appellant,

v

FULL GOSPEL OPENDOOR ASSEMBLIES,
INC.,
         Respondent-Appellee.

_____/

SC: 129337
COA: 261071
Wayne CC: 02-220192-PZ

By order of February 24, 2006, the application for leave to appeal the July 11, 2005 order of the Court of Appeals was held in abeyance pending the decision in *Wayne County Treasurer v Perfecting Church (In re Petition by Treasurer of Wayne County for Foreclosure)* (Docket No. 129341). On order of the Court, the case having been decided on May 23, 2007, 478 Mich 1 (2007), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

d0723